UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAMADA WORLDWIDE, INC.,

    *Plaintiff*,

    v.

HOTEL OF GRAYLING, INC., RALPH AYAR, ZUHAIR AYAR,

    *Defendants.*

Civil Action No. 08-3845 (KSH)

ORDER

**Katharine S. Hayden, U.S.D.J.**

    For the reasons articulated in the Opinion filed herewith, and good cause appearing,

    It is on this 30th day of June, 2010, hereby

    **ORDERED** that plaintiff Ramada Worldwide Inc.'s motion for partial summary judgment [D.E. 31] on Counts I, II, and VI of the complaint [D.E. 1] it filed against defendants Hotel of Grayling, Inc., Ralph Ayar and Zuhair Ayar (collectively, defendants") and on each of the counts brought by defendants in their counterclaim [D.E. 13] is **granted**; and it is further

    **ORDERED** that the grant of summary judgment requires dismissal of the remaining counts of the complaint, and counsel for plaintiff is directed to prepare a form of Final Judgment and submit same to the Court on or before July 7, 2010.

                                             /s/Katharine S. Hayden
                                             Katharine S. Hayden, U.S.D.J.